**W. T. (Dad) FRYAR v. UNITED STATES.**

No. 6119.

Circuit Court of Appeals, Sixth Circuit.

Feb. 2, 1932.

Wm. Tyler, Jr., of Nashville, Tenn., for appellant.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellee.

---

**Frank G. GARDNER, Trustee, v. GRAND RAPIDS TRUST COMPANY, Receiver, American Radiator Company, and Scott C. Dyer.**

No. 6019.

Circuit Court of Appeals, Sixth Circuit.

Nov. 5, 1931.

Travis, Merrick, Johnson & McCobb, of Grand Rapids, Mich., for appellant.

Knappen, Uhl, Bryant & Snow, of Grand Rapids, Mich., Alvah P. Cady, of Benton Harbor, Mich., and Grant Sims, of Grand Rapids, Mich., for appellees.

PER CURIAM.

Decree of District Court affirmed.

---

**Dimko GEORGEVICH v. John L. ZURBRICK, District Director of Immigration.**

No. 6145.

Circuit Court of Appeals, Sixth Circuit.

June 29, 1932.

John G. Romanoff, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., and Julian G. McIntosh, Asst. U. S. Atty., both of Detroit, Mich., for appellee.

PER CURIAM.

Judgment of District Court affirmed.

---

**Norman GHYST, Appellant, v. UNITED STATES of America.**

No. 9427.

Circuit Court of Appeals, Eighth Circuit.

May 16, 1932.

Chris C. Harvalis and J. D. Cranny, both of Omaha, Neb., for appellant.

Lawrence I. Shaw, Asst. U. S. Atty., of Omaha, Neb.

PER CURIAM.

Affirmed without filing of an opinion; defendant below ordered to surrender, etc.